1012

[No. 59364-1-I. Division One. October 22, 2007.]

*In the Matter of the Parentage of* A.E.M., GERALD LEWIS McCLINTON, *Appellant,* and GRETCHEN MARIE MARX, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 97-5-02181-3, James A. Doerty, J., entered December 5, 2006. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman and Becker, JJ.

[No. 59380-3-I. Division One. October 22, 2007.]

*In the Matter of the Personal Restraint of* RANDY LEE TOWN, *Petitioner.*

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[Nos. 33255-8-II; 35865-4-II. Division Two. October 23, 2007.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN DOUGLAS PARKER, *Appellant.*

Appeals from a judgment of the Superior Court for Thurston County, No. 03-1-00568-5, Richard D. Hicks, J., entered May 18, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 34615-0-II. Division Two. October 23, 2007.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTONIO RIAL, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 05-1-00798-0, James J. Stonier, J., entered March 29, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt and Quinn-Brintnall, JJ.